JOHN CHAPMAN, Respondent, *v.* WILLIAM SPENCE, Appellant.

(Argued January 30, 1880; decided February 24, 1880.)

*B. F. Blair* for appellant.

*Benjamin Estes* for respondent.

AGREE to affirm on opinion below.
All concur.
Judgment affirmed.